

# GrayKey Progress Report



## Evidence ID: 281D-CE-3749381_1B58_MDUS43334

GrayKey Serial Number: 19e47dd5d481081c
GrayKey Software: OS Version: 1.16.2.25412300, App Bundle: 3.23.0.25481640
Report generation time: 2023-08-24 23:25:07 UTC

## Target Device Information

| Device Name | iPhone (2) |
|---|---|
| Software Version | 16.5.1 [20F75] |
| Model | iPhone 12 Pro Max [iPhone13,4 D54pAP] |
| Unique Device ID (UDID) | 00008101-001A5D380A86001E |
| Serial Number | G6TF14830D40 |
| Unique Chip ID (ECID) | 7420844670582814 |
| ESN | 01b5371277b788a6 |
| WiFi MAC Address | cc:c9:5d:e8:8a:df |
| Bluetooth MAC Address | cc:c9:5d:f1:a5:91 |
| Phone Number | 15616603482 |
| IMEI | 350002264400583 |
| IMEI(2) | 350002264388820 |
| Data Partition Size | 101.31GB (108782759936 bytes) |
| Lock State | After First Unlock |
| Agent Version | 3.23.0 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | Rem Dem |
| Accounts | remdem9@icloud.com |

## Event Log

2023-08-24 21:30:38 UTC: Initial access started.
2023-08-24 21:35:36 UTC: Initial access succeeded.
2023-08-24 21:35:38 UTC: On-device agent started. Device Time: 2023-08-24 16:23:28 -04:00
⬜Device Boot Time: 2023-07-26 23:33:57 -04:00   OS Version: 1.16.2.25412300   AL Version: 3.23.0.25481640
2023-08-24 21:35:38 UTC: Connected to on-device agent.
2023-08-24 21:36:32 UTC: Manual data extraction requested.
2023-08-24 21:36:32 UTC: Keychain extraction started.
2023-08-24 21:36:38 UTC: Keychain extraction complete. Result:  Success
2023-08-24 21:36:38 UTC: Filesystem extraction started.
2023-08-24 21:37:01 UTC: Progress report generated.
2023-08-24 21:37:18 UTC: Progress report generated.
2023-08-24 23:23:13 UTC: Filesystem extraction complete. Result:  Success
2023-08-24 23:23:18 UTC: On-device agent uninstalled.
2023-08-24 23:25:07 UTC: Progress report generated.
2023-08-24 23:29:11 UTC: Progress report generated.



# Extraction Result Summary

| Instant AFU Filesystem | 2023-08-24 23:24:04.750004 UTC |
|---|---|
| Extraction size | 117.63GB (126303028767 bytes) |
| SHA256 | ff774557546b08481f7dc42c050f51a7fc6cef650af431dd3d9b56f53ed94025 |
| MD5 | 5f1c6d624a779afc6877d3c1c96368a9 |

| Keychain | 98 Keys, 9 Certificates, 105 Internet passwords, 1278 General passwords |
|---|---|
| SHA256 | 18a02f7a47937a44351323cd818b8123d714f076d30c0a79fb876fd9aabaf5fb |
| MD5 | 685abe6375ba04b498c9eb74e55b0876 |