IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| REMY RA ST FELIX | : | 1:23CR260-2 |
| | : | |

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT WITNESS TESTIMONY

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and hereby provides notice to the defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, that the United States intends to introduce expert testimony from Lindsey Chiesa.

The instant case involves a scheme, perpetrated by Remy Ra St Felix and others, to commit home invasions, detain individuals, extort access to cryptocurrency, and steal the funds. In April 2023, St Felix and his co-conspirator Elmer Castro invaded the home of Victim-8 in Durham, North Carolina. They gained access to Victim-8's Coinbase custodial cryptocurrency exchange account and enabled a third co-conspirator, Jarod Seemungal, to remotely take control of Victim-8's computer. Seemungal then transferred

funds from Victim-8's Coinbase account in three separate transactions, two ether transactions and one bitcoin transaction.

**Witness Lindsey Chiesa**

Lindsey Chiesa, a computer scientist with the Federal Bureau of Investigation (FBI), will testify to basic aspects of cryptocurrency, including its use of the Internet. She will also testify to the movement of Victim-8's funds from his Coinbase account to FixedFloat[1] and then the movement of a portion of those funds from FixedFloat to Coinbase accounts held by St Felix and Castro. These topics, and the basis for Ms. Chiesa's tracing conclusions, are reflected in her May 24, 2024, signed report entitled "Virtual Asset Analysis: Coinbase Account Withdrawals."

Ms. Chiesa's report as well as the underlying records used to generate the report have been provided to the defendant. The United States has also provided the defendant with Ms. Chiesa's curriculum vitae that identifies her qualifications and lists all other cases in which, during the previous four years, she has testified as an expert. Ms. Chiesa has not authored any publications on this subject in the previous 10 years.

---

[1] A non-custodial cryptocurrency exchange.

This the 31st day of May, 2024.

                              Respectfully submitted,

                              SANDRA J. HAIRSTON
                              United States Attorney

                              /S/ ERIC L. IVERSON
                              Assistant United States Attorney
                              NCSB No.: 46703
                              United States Attorney's Office
                              Middle District of North Carolina
                              101 S. Edgeworth St., 4th Floor
                              Greensboro, NC 27401
                              Phone: 336/333-5351

                              /S/ BRIAN Z. MUND
                              Trial Attorney
                              Cal. Bar No. #324699
                              United States Department of Justice
                              Computer Crime and Intellectual
                              Property Section
                              Phone: 202/598-6205

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system giving notice to counsel for the defendant:

Alan Doorasamy Sr., Esq.

Respectfully submitted,

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB No.: 46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351