IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| REMY RA ST FELIX | : | 1:23CR260-2 |


GOVERNMENT'S SCHEDULE OF PROPOSED EXHIBITS

The United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, hereby files this schedule of anticipated and proposed trial exhibits.

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1A-1U | Photographs of Prim Residence | | |
| 2 | BWC Screen Capture of Prim | | |
| 3A-3B | Photographs of Prim Injuries | | |
| 4 | Ring Camera of Prim Residence (CD) | | |
| 5 | Satellite View of Arrest Location | | |
| 6A-6G | Photographs of Items Recovered at Arrest | | |
| 7A & 7B | 9mm Handgun & Ammunition | | |
| 8 | White iPhone 12 Pro Max | | |
| 9A & 9B | AK47 Rifle & Ammunition | | |
| 10 | Zip ties | | |
| 11 | Yellow chain and medallion | | |
| 12A | GreyKey Extraction of iPhone (CD) [marked but not to be entered] | | |
| 12B | GrayKey Report | | |
| 13A | Cellebrite of iPhone GreyKey (CD) | | |

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| | [marked but not to be entered] | | |
| 13B | Cellebrite Preliminary Device Report | | |
| 14 | Six Telegram Chat Threads (CD) [marked but not to be entered] | | |
| 15A | Telegram Chat Thread #1 (ID 1632099257) | | |
| 15B-15I | Photographs from Telegram Chat Thread #1 | | |
| 16A-16B | Excerpts from Telegram Chat Thread #2 ("++++" / ID 5039855187) | | |
| 17A-17E | Excerpts from Telegram Chat Thread #3 ("Bet" / ID 5164177661) | | |
| 18A-18B | Excerpts from Telegram Chat Thread #4 (ID 1867508316) | | |
| 18C-18D | Photographs from Telegram Chat Thread #4 18B | | |
| 18E | Excerpt from Telegram Chat Thread #4 (ID 1867508316) | | |
| 19A-19E | Excerpts from Telegram Chat Thread #5 ("Hi" / ID 5190485748) | | |
| 20A-20E | Excerpts from Telegram Chat Thread #6 ("ThemYounginsEatin" / ID 1867508316) | | |
| 20F | Photographs from Telegram Chat Thread #6 | | |
| 21A | Photographs from iPhone (CD) | | |
| 21B-21X | Photographs from iPhone | | |
| 21Y | Cellebrite Report of Photographs | | |
| 21Z | Text Message Thread | | |
| 22A | Wells Fargo Certification | | |
| 22B | Wells Fargo Statement | | |
| 23A | Walmart Receipt | | |
| 23B | Walmart Video (CD) | | |
| 23C-23D | Screen Capture of Walmart Video | | |
| 24A | Coinbase Records (CD) | | |
| 24B | Coinbase Summary – Prim | | |

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 24C | Coinbase Summary – St Felix 1 | | |
| 24D | Coinbase Summary – St Felix 2 | | |
| 24E | Coinbase Summary – Castro | | |
| 24F | Coinbase Summary – Seemungal | | |
| 24G | Coinbase Summary – Nicolopulos | | |
| 24H | Coinbase Summary – Daily | | |
| 24I | Coinbase Summary – Santiago | | |
| 24J | Coinbase Summary – Quintana | | |
| 24K | Coinbase Summary – Avila | | |
| 24L | Coinbase Summary – Baretto | | |
| 25 | Google Return for remgodbooking@gmail.com [marked but not to be entered] | | |
| 26A | Google Certification | | |
| 26B | Google Subscriber | | |
| 26C | Video of St Felix w/ Guns | | |
| 26D | Video of St Felix w/ Chain & Pendant | | |
| 26E-26L | Google Images | | |
| 27 | FixedFloat Records (CD) | | |
| 27A | Cryptocurrency Definitions | | |
| 27B | Chart of Cryptocurrency out of Prim Coinbase | | |
| 27C | Chart of Exchange of Coins before Theft | | |
| 27D | Graphic #1 – Prim Coinbase → FixedFloat | | |
| 27E | Graphic #2 – Prim Coinbase → FixedFloat | | |
| 27F | Graphic #3 – FixedFloat → St Felix/Castro Coinbase | | |
| 28 | Plea Agreement – Seemungal | | |
| 29 | Limited Immunity Letter – Seemungal | | |
| 30A-30C | Photographs of Santiago, Daily, and Quintana | | |
| 31 | Street View of Andy's House | | |
| 32 | Videos of Justin in Car (CD) | | |

3

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 33 | Photograph of Tye's House | | |
| 34A | Recorded Call Between Seemungal and St Felix | | |
| 34B | Transcript of 34A [marked but not to be entered] | | |
| 35 | Screenshots of St Felix Music Video | | |
| 36A-36H | Photographs of Heissenberg Residence | | |
| 37 | Plea Agreement – Quintana | | |
| 38 | Limited Immunity Letter – Quintana | | |
| 39 | Videos of Justin Abduction (CD) | | |
| 40 | Plea Agreement – Santiago | | |
| 41 | Limited Immunity Letter – Santiago | | |
| 42A-42B | Photographs of Madison Parish Vehicle Wreck | | |
| 43 | Plea Agreement – Nicolopulos | | |
| 44 | Limited Immunity Letter – Nicolopulos | | |
| 45 | Florida Trooper Video | | |
| 46A-46C | Photographs of Justin Recovery | | |
| 47 | Phone Records & Certifications (CD) | | |
| 48 | CAST Report | | |
| 49 | Photograph of Butler Family | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Proposed Government Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| | | | |

This, the 12th day of June, 2024.

SANDRA J. HAIRSTON
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
Middle District of North Carolina
NCSB No.: 46703
101 S. Edgeworth St., 4th Floor
Greensboro, NC   27401
Phone: 336/333-5351

/S/ BRIAN Z. MUND
Trial Attorney
CASB No.: 324699
United States Department of Justice
Computer Crime and Intellectual Property Section
Phone: 202/598-6205

5

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Doorasamy, Sr.

> SANDRA J. HAIRSTON
> United States Attorney
>
> /S/ ERIC L. IVERSON
> Assistant United States Attorney
> Middle District of North Carolina
> NCSB No.: 46703
> 101 S. Edgeworth St., 4th Floor
> Greensboro, NC   27401
> Phone: 336/333-5351