IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:23CR260-2 |
| | : | |
| REMY RA ST FELIX | : | |

## GOVERNMENT'S WITNESS LIST

NOW COMES the United States of America by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully advises this Court that the following-named individuals may be called upon to give evidence in the trial of the above-captioned matter during the Government's case-in-chief:

- Michael Prim
- Richard Knott
- FBI Task Force Officer Daniel Fandrey
- FBI Task Force Officer Steven Louder
- FBI Digital Forensic Examiner Christian Isolda
- Takeria Welch (Walmart Employee)
- Kristen Spaeth (Coinbase)
- FBI Computer Scientist Lindsey Chiesa
- Jarod Seemungal
- Tullia Heissenberg
- Nathan Quintana
- Jesus Manuel Santiago, III
- Ruben Matias Nicolopulos
- Trooper Rui Patricio
- Joselyn Baretto

Alain Baretto
FBI Special Agent Harrison Putman
Kevin Butler
FBI Task Force Officer Keith Goodwin
FBI Staff Operations Specialist Megan Warshawsky

This, the 12th day of June, 2024.

SANDRA J. HAIRSTON
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney

Middle District of North Carolina
NCSB No.: 46703
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone: 336/333-5351

/S/ BRIAN Z. MUND
Trial Attorney

United States Department of Justice
Computer Crime and Intellectual Property Section
CASB No.: 324699
Phone: 202/598-6205

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Doorasamy, Sr.

                                                            SANDRA J. HAIRSTON
                                                            United States Attorney

                                                            /S/ ERIC L. IVERSON
                                                            Assistant United States Attorney
                                                            Middle District of North Carolina
                                                            NCSB No.: 46703
                                                            101 S. Edgeworth St., 4th Floor
                                                            Greensboro, NC 27401
                                                            Phone: 336/333-5351