IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:23CR260-2 |
| | : | |
| REMY RA ST FELIX | : | |

## DEFENDANT'S TRIAL BRIEF

### Introduction

The Defendant, Jarod Gabriel Seemungal, Remy Ra St Felix, and Elmer Ruben Castro, were indicted on July 31, 2023, charged in:

- Count One, violation of Title 18, United States Code, Section 1201 (C), Kidnapping Conspiracy; and

- Count Two, violation of Title 18, United States Code, Sections 1201(a) and 2, Kidnapping.

In a Superseding Indictment on November 27, 2023, Jarod Gabriel Seemungal, Remy Ra St Felix, and Elmer Ruben Castro were charged in:

- Count One, violated Title 18, United States Code, Sections 1343 and 1349, Wire Fraud Conspiracy; in

- Count Two; violated Title 18, United States Code, Section 1201 (C), Kidnapping Conspiracy; in

- Count Three, violated Title 18, United States Code, Section 1951 (a), 1951(b)(1) and Section 1951(b)(3), Hobbs Act Robbery Conspiracy; in

- Counts Four, Five and Six, violated Title 18, United States Code, Sections 1343 and 2, Wire Fraud; in

- Count Seven, violated Title 18, United States Code, Sections 1201(a) and 2, Kidnapping;

- Count Eight charges a violation of Title 18, United States Code, Section 1951 (a) and 2, 1951(b)(1) and Section 1951(b)(3), Hobbs Act Robbery; and in

- Count Nine, violated Title 18, United States Code, Sections 924 (c )(1)(A)(ii) and 2, Use of Firearm in Furtherance of Count Eight).

The case is currently set for trial on Monday, June 13, 2016.

## Guilty Pleas

On December 19, 2023, Jarod Gabriel Seemungal, pled guilty before the Honorable Thomas D. Schroeder to Counts One, Two and Seven of the Superseding Indictment. The sentencing hearing has been set for August 2, 2024.

On February 6, 2024, Elmer Ruben Castro, pled guilty before the Honorable Loretta C. Biggs to Counts two and Seven of the Superseding Indictment. The sentencing hearing has been set for July 26, 2024.

## Pretrial Motions

The defendant filed a Motion to Strike Surplusage on January 30, 2024 (Doc.# 53). On February 7, 2024, the Motion to Strike Surplusage was denied by the Honorable Loretta C. Biggs. **********On June 13, 2024, defendant filed a Motion In Limine.

## Proposed Voir Dire

The Defendant will submit, as a separate pleading, proposed questions for potential jurors in addition to those normally asked by the Court.

## Elements of the Offense

Before the defendant can be found guilty of the offenses charged in the Superseding Indictment, the Government must prove beyond a reasonable doubt each of the following elements:

### Count One

- Two or more persons, in some way or manner, agreed to try to accomplish a common and unlawful plan to commit wire fraud, that is, to enrich themselves by obtaining unauthorized access to individuals' custodial cryptocurrency exchange accounts and causing the unauthorized transfer of cryptocurrency from those accounts, in violation of 18 U.S.C. § 1343.

- that the Defendant knew of the conspiracy; and

3

- that the Defendant knowingly and voluntarily became a part of the conspiracy; and

The crime of wire fraud contains two elements:

- the defendant devised or intended to devise a scheme to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises that were material; and

- for the purpose of executing the scheme, the defendant transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce any writings, signs, signals, pictures, or sounds.

### Count Two

- two or more persons, in some way or manner, agreed to try to accomplish a common and unlawful plan to commit kidnapping, in violation of 18 U.S.C. § 1201(a);

- that the Defendant knew of the conspiracy;

- that the Defendant knowingly and voluntarily became a part of the conspiracy; and

- At some time during the existence or life of the conspiracy, agreement, or understanding, one of its alleged members knowingly performed at least one overt act in the Middle District of North

Carolina and did so in order to further or advance the purpose of the agreement.

Title 18, United States Code, Section 1201 makes it a crime to kidnap another person. The crime of kidnapping contains three elements:

- The Defendant unlawfully, knowingly, and willfully, seized, confined, kidnapped, abducted, or carried away another person;

- The Defendant held that person for ransom or reward or other reason; and

- that the person was willfully transported in interstate or foreign commerce.

### Count Three

- An agreement between two or more persons to do something the law prohibits, that is, to unlawfully obstruct, delay and affect commerce, and the movement of articles and commodities in such commerce, by robbery;

- The Defendant knew of the agreement or conspiracy; and

- The Defendant knowingly and intentionally joined the agreement or conspiracy.

5

### Count Four, Five and Six

- the defendant devised or intended to devise a scheme to defraud or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises that were material; and

- for the purpose of executing the scheme, the defendant transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce any writings, signs, signals, pictures, or sounds.

### Count Seven

- The Defendant unlawfully, knowingly, and willfully, seized, confined, kidnapped, abducted, or carried away another person, that is, Victim-8 and Victim-9;

- The Defendant held Victim-8 and Victim-9 for ransom or reward or other reason; and

- that the person was willfully transported in interstate or foreign commerce.

### Count Eight

- The Defendant committed, or attempted to commit, robbery; and

- that the robbery obstructed, delayed, or affected commerce or the movement of any article or commodity in commerce.

Count Nine

- that the Defendant knowingly used or carried a firearm;

- that the firearm was brandished; and

- that the Defendant did so during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is, interference with commerce by robbery (that is, Hobbs Act robbery as charged in Count Eight).

## Evidentiary Issues

### Uncharged Alleged Misconduct Evidence

The defendant objects to the admission of any evidence of uncharged alleged misconduct contained in Paragraph 8, a to e, g and m on Pages 4 and 5 of the Superseding Indictment, that allegedly occurred in Delray Beach, Florida; Homestead, Florida; Little Elm, Texas and East Meadow, New York, and not in the Middle District of North Carolina.

The alleged misconduct in the abovementioned States are irrelevant, styled in a manner suggesting that they are accepted facts, and do not provide proof of any of the elements of the criminal statutes alleged in the Superseding Indictment regarding alleged misconduct in the Middle District of North Carolina. The language of these sub-paragraphs is inflammatory, prejudicial and clearly irrelevant to the offenses charged in the Middle District of North Carolina.

The defendant has to date not been questioned, arrested or charged in these states with an offense related to the alleged misconduct in the abovementioned sub-paragraphs of the Superseding Indictment.

### Stipulations

The defendant has not agreed to make any stipulations.

Respectfully submitted this the 13th day of June 2016.

/ s / Alan Doorasamy Sr.
ALAN DOORASAMY
State Bar #: 31493
107 Westdale Avenue
Winston-Salem, NC    27101
336-777-3773 (Office)
336-723-3825 (Facsimile)
alan@dooralaw.com

8

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Eric Iverson, Esq
>Assistant United States Attorney
>101 S. Edgeworth St., 4th Floor
>Greensboro, NC 27401
>
>Brian Mund, Esq
>Assistant United States Attorney
>USDOJ

This the 13th day of June 2016

>/ s / Alan Doorasamy Sr.
>ALAN DOORASAMY, SR
>State Bar #: 31493
>107 Westdale Avenue
>Winston-Salem, NC 27101
>336-777-3773 (Office)
>336-723-3825 (Facsimile)
>alan@dooralaw.com