Where can we find the information about AnyDesk being downloaded to Prim's computer?

What Exhibit?

6/25/24 [signature]

FILED IN THIS OFFICE JUN 25 2024 Clerk U.S. District Court Greensboro, NC BY