IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23-cr-260-2 |
| | : | |
| REMY RA ST. FELIX | : | |

### VERDICT

1. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____Guilty_____
(Guilty or Not Guilty)

of the crime charged in Count One of the Superseding Indictment.

2. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____Guilty_____
(Guilty or Not Guilty)

of the crime charged in Count Two of the Superseding Indictment.

3. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____Guilty_____
(Guilty or Not Guilty)

of the crime charged in Count Three of the Superseding Indictment.

4. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____*GUILTY*_____
(Guilty or Not Guilty)

of the crime charged in Count Four of the Superseding Indictment.

5. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____*GUILTY*_____
(Guilty or Not Guilty)

of the crime charged in Count Five of the Superseding Indictment.

6. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____*GUILTY*_____
(Guilty or Not Guilty)

of the crime charged in Count Six of the Superseding Indictment.

7. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____*GUILTY*_____
(Guilty or Not Guilty)

of the crime charged in Count Seven of the Superseding Indictment.

8. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Eight of the Superseding Indictment.

9. We, the jury in the above-styled case, do find the Defendant, Remy Ra St. Felix,

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Nine of the Superseding Indictment.

If, and only if, you find the Defendant "Guilty" of the offense charged in Count Nine, then you must answer the following special interrogatory:

Was the firearm carried ~~and~~ or used during the commission of the offense charged in Count Eight brandished?

Answer:

   Yes  ✓

   No  _____

This the 25 day of June, 2024.

_____
                    Foreperson

- 3 -