# RECEIPT

Case No.: 1:23CR260-2

Case Title: USA v. REMY RA ST. FLEIX

Date: 6/18/2024

Receipt is hereby acknowledged of the materials listed below which are subject to the provisions of Local Rule 79.4(c) for the Middle District of North Carolina.

Government's Trial Exhibits 7a, 7b, 8, 9a, 9b, and 10, and 11.

_____
Counsel for Government

FILED IN THIS OFFICE JUN 25 2024 Clerk U.S. District Court Greensboro, NC BY