IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:23CR00260-2 |
| | : | |
| REMY RA ST. FELIX | : | |

NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to The United States Courts' Privacy Policy for Electronic Case Files and Fed. R. Crim. P.49.1(a), the government gives notice of intent to request redactions to Docket Entries 111-115.

This, the 19th day of August, 2024.

              Respectfully submitted,

              SANDRA J. HAIRSTON
              United States Attorney

              /S/ ERIC L. IVERSON
              Assistant United States Attorney
              NCSB #: 46703
              United States Attorney's Office
              Middle District of North Carolina
              101 South Edgeworth Street, 4th Floor
              Greensboro, North Carolina 27401
              Phone: (336) 333-5351
              E-mail: eric.iverson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alan Doorasamy, Sr., Esq.

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #: 46703
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: (336) 333-5351
E-mail: eric.iverson@usdoj.gov