IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    :
                            :
    v.                      :    1:23-cr-260-2
                            :
REMY RA ST. FELIX           :

**<u>PRELIMINARY ORDER OF FORFEITURE AS TO PERSONAL PROPERTY</u>**

WHEREAS, on November 27, 2023, the Defendant, REMY RA ST. FELIX was charged in a Superseding Indictment in Count One with a violation of Title 18, United States Code, Section 1343 and 1349, conspiracy to commit wire fraud; in Count Two with a violation of Title 18, United States Code, Section 1201(c), conspiracy to commit kidnapping; in Count Three with a violation of Title 18, United States Code, Section 1951(a), conspiracy to commit Hobbs Act Robbery; in Counts Four, Five, and Six with violations of Title 18, United States Code, Sections 1343 and 2, wire fraud; in Count Seven with a violation of Title 18, United States Code, Sections 1201(a)(1) and 2, kidnapping; in Count Eight with a violation of Title 18, United States Code, Section 1951(a) and 2, Hobbs Act Robbery; and in Count Nine with a violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2, brandishing a firearm during and in relation to a crime of violence.

AND WHEREAS, the Superseding Indictment included allegations seeking the forfeiture of any property, real or personal, which constitutes or was derived from proceeds traceable to the commission of the offenses charged in Counts One through Eight, or a conspiracy to commit such offenses, as well as all right, title and interest in and to any firearms or ammunition involved in or used in the commission of the offense alleged in Count Nine, pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

AND WHEREAS, on May 1, 2024, the United States Attorney filed a Bill of Particulars identifying and the following item of personal property as subject to forfeiture based on the Forfeiture Allegations set forth in the Superseding Indictment:

    a. A yellow chain and medallion seized on or about July 27, 2023, from the Defendant, REMY RA ST FELIX;

AND WHEREAS, on June 25, 2024, the Defendant was found guilty on all Counts in the Superseding Indictment and the Court set a sentencing date;

AND WHEREAS, the Court finds that the Defendant's interest in and to the property described above is subject to forfeiture,

and that the requisite nexus exists between the property and the offenses of which the Defendant was found guilty.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. As a result of the jury verdict finding the Defendant guilty of the offense charged in the Superseding Indictment, for which the Government sought forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and based on the evidence presented at trial, the guilty verdict, and other matters of record in this case, the Defendant shall forfeit to the United States the following item of personal property:

    a. A yellow chain and medallion seized on or about July 27, 2023, from the Defendant, REMY RA ST FELIX.

2. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable

proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States shall publish notice of the Order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

This the 11th day of September, 2024.

                                      */s/ William L. Osteen, Jr.*
                                        United States District Judge